IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Nancy A. Hickman, ) | |
| ) | C.A. No. 6:04-22378-HMH-WMC |
| Plaintiff, ) | |
| ) | |
| vs. ) | **OPINION AND ORDER** |
| ) | |
| Jo Anne B. Barnhart, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court for review of the Report and recommendation of United States Magistrate Judge William M. Catoe, made in accordance with 28 U.S.C. § 636(b)(1) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

The parties filed no objections to the Report. In the absence of objections to the Report and recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

After a thorough review of the Report and the record in this case, the court adopts Magistrate Judge Catoe's Report and recommendation and incorporates it herein. It is therefore

**ORDERED** that the Commissioner's decision is reversed under sentence four of 42 U.S.C. §405(g), and this case is remanded to the Commissioner for further proceedings as discussed in Magistrate Judge Catoe's Report.

**IT IS SO ORDERED.**

                                             s/ Henry M. Herlong, Jr.
                                             United States District Judge

Greenville, South Carolina
January 31, 2006